1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2  Including Professional Corporations
   D. RONALD RYLAND, CAL. BAR NO. 49749
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111
4  Telephone: (415) 434-9100
   Facsimile: (415) 434-3947
5
   Attorneys for Defendants
6  GALT MEDICAL CORP., THERAGENICS
   CORPORATION, and JIM EDDINGS
7

8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10

11 | TIM DUVALL,                          | Case No.
12 |             Plaintiff,               | **PROOF OF SERVICE**
13 | v.                                   |
14 | GALT MEDICAL CORP.,                  |
   | THERAGENICS CORPORATION,             |
15 | JIM EDDINGS, and DOES 1-99, inclusive,|
16 |             Defendants.              |

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4109.

On **July 18, 2007**, I served the following document(s) described as

**CIVIL COVER SHEET**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**JOINT NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTIONS 1441, 1446 AND 1332 (DIVERSITY)**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**See Attached Service List**

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 415-434-3947. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(g)(4), a copy of that report is attached to this declaration.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

W02-WEST:5LSW1\400374830.1                -1-

1  Executed on **July 18, 2007**, at San Francisco, California.

*/s/ Loretta Wilcher*
Loretta Wilcher

1

## SERVICE LIST

2 **Attorneys for Plaintiff**
**Tim Duvall**

3

Phil Horowitz, Esq.
4 Law Offices of Phil Horowitz
One Market Plaza
5 Steuart Tower, Suite 2630
San Francisco, CA 94105
6 Telephone: (415) 391-0111
Facsimile: (415) 391-0123
7 E-mail: phil@creative.net

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28