```
 1 │ SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   │ A Limited Liability Partnership
 2 │ Including Professional Corporations
   │ D. RONALD RYLAND, CAL. BAR NO. 49749
 3 │ Four Embarcadero Center, 17th Floor
   │ San Francisco, California 94111
 4 │ Telephone: (415) 434-9100
   │ Facsimile: (415) 434-3947
 5 │
   │ Attorneys for Defendants
 6 │ GALT MEDICAL CORP., THERAGENICS
   │ CORPORATION, and JIM EDDINGS
 7 │
```

**ORIGINAL FILED**
JUL 18 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIM DUVALL,

      Plaintiff,

v.

GALT MEDICAL CORP.,
THERAGENICS CORPORATION,
JIM EDDINGS, and DOES 1-99, inclusive,

      Defendants.

Case No. C 07 3714 JCS

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Galt Medical Corp.; Theragenics Corporation; Jim Eddings; Lester V. Baum; Lester V. Baum, Trustee of 1993 Michael L. Baum Trust; Lester V. Baum, Trustee of 1993 Betsy E. Baum Trust; Wren Browning; David G. Catlin; James R. Eddings; Sondra G. Eddings; Charles B. McFarland; John H. McFarland; Van E. McFarland, III; Klam Interests, Ltd.; Joseph Kunz; William E. Kunz; Glenn Leatherwood; Abdon Martinez;

1  Gene L. Jameson; Harold L. Smitson, M.D.; William J. Usitalo; Jeanette Van Deventer,
2  Trustee, West Texas Trading Co. Pension Plan; Kirstin Sullivan; Amanda Eddings;
3  Virginia Pace; Angela W. Walters; Cirilo Rodriguez; Samuel L. Austin; Michael G.
4  Vaughn; and Lauren Hart.

6  Dated: July 18, 2007

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  *Ronald Ryland / by CAP*
　　　D. RONALD RYLAND

Attorneys for Defendants
GALT MEDICAL CORP., THERAGENICS
CORPORATION, and JIM EDDINGS