1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
D. RONALD RYLAND, CAL. BAR NO. 49749
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947

Attorneys for Defendants
GALT MEDICAL CORP., THERAGENICS
CORPORATION, and JIM EDDINGS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM DUVALL,<br><br>                    Plaintiff,<br><br>v.<br><br>GALT MEDICAL CORP.,<br>THERAGENICS CORPORATION,<br>JIM EDDINGS, and DOES 1-99, inclusive,<br><br>                    Defendants. | Case No. C07-3714 JCS<br><br>**STIPULATION TO EXTEND TIME<br>TO FILE RESPONSIVE PLEADING** |

**STIPULATION**

          WHEREAS Plaintiff filed a Complaint in the Superior Court of California,

County of San Francisco, entitled *Duvall v. Galt Medical Corp., Theragenics Corporation,*

*Jim Eddings, and Does 1-99, inclusive*, Case No. CGC-07-464119, on June 11, 2007 (the

"State Court Action").

          WHEREAS Defendants timely filed a Joint Notice of Removal of the State

Court Action on July 18, 2007.

          WHEREAS the initial deadline for Defendants to answer or otherwise

respond to the Complaint in this Court is July 23, 2007;

STIPULATION TO EXTEND TIME
ANSWER OR OTHERWISE RESPOND
TO COMPLAINT

W02-WEST:5CP\400375530.1

1    WHEREAS Plaintiff has agreed to extend the time for Defendants to answer

2    or otherwise respond to the Complaint through and including August 22, 2007;

3    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the

4    parties, through their counsel, that the new deadline for Defendants to answer or otherwise

5    respond to Plaintiff's Complaint is through and including August 22, 2007.

6    **SO STIPULATED**.

7    DATED:  July 19, 2007

8    THE LAW OFFICES OF PHIL HOROWITZ

9

10    By    /s/ Phil Horowitz

11    PHIL HOROWITZ

12    Attorneys for Plaintiff TIM DUVALL

13    DATED:  July 19, 2007

14

15    SHEPPARD MULLIN RICHTER & HAMPTON LLP

16

17    By    /s/ Craig A. Pinedo

       CRAIG A. PINEDO

18

19    Attorneys for Defendants GALT MEDICAL
20    CORP., THERAGENICS CORPORATION, and
       JIM EDDINGS

21

22    Pursuant to ECF General Order 45X, I, Craig A. Pinedo, attest that Phil Horowitz

23    has concurred in and authorized the filing of this Stipulation with the Court.

24

25

26

27

28

-2-    STIPULATION TO EXTEND TIME TO
ANSWER OR OTHERWISE RESPOND
TO COMPLAINT