1   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2   Including Professional Corporations
    D. RONALD RYLAND, CAL. BAR NO. 49749
3   Four Embarcadero Center, 17th Floor
    San Francisco, California  94111
4   Telephone:  (415) 434-9100
    Facsimile:  (415) 434-3947
5
    Attorneys for Defendants
6   GALT MEDICAL CORP., THERAGENICS
    CORPORATION, and JIM EDDINGS
7

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  TIM DUVALL,                          Case No. C07-3714 JCS

12                 Plaintiff,            **STIPULATION TO EXTEND TIME
                                         TO FILE RESPONSIVE PLEADING**
13  v.

14  GALT MEDICAL CORP.,
    THERAGENICS CORPORATION,
15  JIM EDDINGS, and DOES 1-99, inclusive,

16                 Defendants.

17

18

19                          **STIPULATION**

20          WHEREAS Plaintiff filed a Complaint in the Superior Court of California,

21  County of San Francisco, entitled *Duvall v. Galt Medical Corp., Theragenics Corporation,*

22  *Jim Eddings, and Does 1-99, inclusive*, Case No. CGC-07-464119, on June 11, 2007 (the

23  "State Court Action").

24          WHEREAS Defendants timely filed a Joint Notice of Removal of the State

25  Court Action on July 18, 2007.

26          WHEREAS the initial deadline for Defendants to answer or otherwise

27  respond to the Complaint in this Court is July 23, 2007;

28

                              -1-                    STIPULATION TO EXTEND TIME
                                                     ANSWER OR OTHERWISE RESPOND
    W02-WEST:5CP\400375530.1                         TO COMPLAINT

1    WHEREAS Plaintiff has agreed to extend the time for Defendants to answer
2    or otherwise respond to the Complaint through and including August 22, 2007;

3    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the
4    parties, through their counsel, that the new deadline for Defendants to answer or otherwise
5    respond to Plaintiff's Complaint is through and including August 22, 2007.

6    **SO STIPULATED**.

7    DATED:  July 19, 2007

8                                    THE LAW OFFICES OF PHIL HOROWITZ

9

10                                   By    _____
                                                    /s/ Phil Horowitz
11                                                  PHIL HOROWITZ

12                                   Attorneys for Plaintiff TIM DUVALL

13    DATED:  July 19, 2007

14

15                                   SHEPPARD MULLIN RICHTER & HAMPTON LLP

16

17                                   By    _____
                                                   /s/ Craig A. Pinedo
                                                   CRAIG A. PINEDO
18

19                                   Attorneys for Defendants GALT MEDICAL
                                     CORP., THERAGENICS CORPORATION, and
20                                                  JIM EDDINGS

21

22    Pursuant to ECF General Order 45X, I, Craig A. Pinedo, attest that Phil Horowitz
23    has concurred in and authorized the filing of this Stipulation with the Court.

24

25    Dated:  July 23, 2007

26

27                                   IT IS SO ORDERED

28                                   Judge Joseph C. Spero

W02-WEST:5CP\400375530.1