SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
D. RONALD RYLAND, CAL. BAR NO. 49749
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

Attorneys for Defendants
GALT MEDICAL CORP., THERAGENICS
CORPORATION, and JIM EDDINGS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM DUVALL,<br><br>            Plaintiff,<br><br>v.<br><br>GALT MEDICAL CORP.,<br>THERAGENICS CORPORATION,<br>JIM EDDINGS, and DOES 1-99, inclusive,<br><br>            Defendants. | Case No. C07-3714 JCS<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING** |

## STIPULATION

WHEREAS Plaintiff filed a Complaint in the Superior Court of California, County of San Francisco, entitled *Duvall v. Galt Medical Corp., Theragenics Corporation, Jim Eddings, and Does 1-99, inclusive*, Case No. CGC-07-464119, on June 11, 2007 (the "State Court Action").

WHEREAS Defendants timely filed a Joint Notice of Removal of the State Court Action on July 18, 2007.

WHEREAS the initial deadline for Defendants to answer or otherwise respond to the Complaint in this Court is July 23, 2007;

WHEREAS Plaintiff has agreed to extend the time for Defendants to answer or otherwise respond to the Complaint through and including August 22, 2007;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their counsel, that the new deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint is through and including August 22, 2007.

**SO STIPULATED**.

DATED: July 19, 2007

THE LAW OFFICES OF PHIL HOROWITZ

By _____/s/ Phil Horowitz_____
PHIL HOROWITZ

Attorneys for Plaintiff TIM DUVALL

DATED: July 19, 2007

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By _____/s/ Craig A. Pinedo_____
CRAIG A. PINEDO

Attorneys for Defendants GALT MEDICAL CORP., THERAGENICS CORPORATION, and JIM EDDINGS

Pursuant to ECF General Order 45X, I, Craig A. Pinedo, attest that Phil Horowitz has concurred in and authorized the filing of this Stipulation with the Court.

Dated: July 23, 2007

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

W02-WEST:5CP\400375530.1

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT