UNITED STATES DISTRICT COURT

Northern District of California

TIM DUVALL,

                Plaintiff(s),

v.

GALT MEDICAL CORP.,
THERAGENICS CORPORATION,
JIM EDDINGS, and DOES 1-99,

                Defendant(s).

CASE NO. C-07-3714

(Proposed) AMENDED ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Adrienne I. Hirst, an active member in good standing of the bar of the State of Texas whose business address and telephone number (particular court to which applicant is admitted) is

Adrienne I. Hirst, Hallett & Perrin, P.C., 2001 Bryan Street, Suite 3900, Dallas, Texas 75201, (214) 953-0053

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/21/7

JOSEPH C. SPERO
United States Magistrate Judge