UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TIM DUVALL,

        Plaintiff,

v.

GALT MEDICAL CORP. et al,

        Defendant.
        _____/

Case Number: CV07-03714 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 21, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Adrienne I. Hirst
Hallett & Perrin, P.C.
2001 Bryan Street
Suite 3900
Dallas, TX 75218

Edward P. Perrin
Hallett & Perrin, P.C.
2001 Bryant Street
Suite 3900
Dallas, TX 75218

Dated: August 21, 2007

*Karen L. Hom*

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk