SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
D. RONALD RYLAND, Cal. Bar No. 49749
CRAIG A. PINEDO, CAL. Bar No. 191337
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947

HALLETT & PERRIN, P.C.
EDWARD P. PERRIN, JR. (*Pro Hac Vice*)
Texas State Bar No. 15796700
ADRIENNE I. HIRST (*Pro Hac Vice*)
Texas State Bar No. 24047561
2001 Bryan Street, Suite 3900
Dallas, Texas 75201
Telephone:    (214) 953-0053
Facsimile:    (214) 922-4141

Attorneys for Defendants Galt Medical Corp.,
Theragenics Corporation, and James R. Eddings

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM DUVALL,<br><br>                Plaintiff,<br><br>     v.<br><br>GALT MEDICAL CORP., THERAGENICS CORPORATION, JIM EDDINGS, and DOES 1-99, inclusive,<br><br>                Defendants. | Case No. 07-3714<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>Date:    October 5, 2007<br>Time:   9:30 a.m.<br>Crtrm.:  A, 15th Floor |

1    Pursuant to Federal Rule of Evidence 201, Defendants Galt Medical Corp. ("Galt"),
2 Theragenics Corporation ("Theragencis"), and Jim Eddings ("Eddings") (collectively
3 "Defendants") respectfully request the Court take judicial notice of a true and correct copy of the
4 following document referenced and relied upon by Plaintiff Tim Duvall ("Plaintiff") in his
5 Complaint ("Complaint"):

6    **Exhibit A**:    Stock Purchase Agreement, dated August 2, 2006, between and among
7 Theragenics, Eddings, and the shareholders of Galt and holders of Galt stock derivatives,
8 including Schedule 1 attached thereto.

9    The Stock Purchase Agreement is subject to judicial notice.  On a motion to dismiss, the
10 Court may review the face of the complaint, documents referenced in the complaint, and matters
11 for which the court may take judicial notice. (*Levine v. Diamanthuset, Inc.,* 950 F.2d 1478, 1483
12 (9th Cir. 1991).)   Considering documents referenced in the complaint is known as the
13 "incorporation by reference" doctrine. (*In re Silicon Graphics Inc. Sec. Litig.*, 183 F.3d 970, 986
14 (9th Cir. 1999).)  Here, Plaintiff refers to and relies upon the Stock Purchase Agreement referenced
15 above in his Complaint.  (Complaint ¶¶ 15-17, 24, 32, 41-43, 49-50, and 72.)

16    Accordingly, Defendants requests that this Court take judicial notice of the Stock Purchase
17 Agreement that Plaintiff refers to and expressly relies upon in his Complaint.

18 Dated:  August 22, 2007

19                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

21            By         /s/ Craig A. Pinedo
22                       CRAIG A. PINEDO

23                    Attorneys for Defendants GALT MEDICAL CORP.,
                      THERAGENICS CORPORATION, and JAMES R.
24                                    EDDINGS

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing document was electronically served on August 22, 2007 on the counsel of record that are Registered ECF users.

Phil Horowitz
Law Offices of Phil Horowitz
One Market Plaza
Steuart Tower, Suite 2630
San Francisco, CA 94105

*Counsel for Plaintiff*

                                             /s/ Craig A. Pinedo
                                             Craig A. Pinedo