Section 8.05    Governing Law.  This Agreement shall be governed by, and shall be construed and enforced in accordance with, the internal laws of the State of Georgia applicable to contracts made and to be performed entirely within that state, and no effect shall be given to any conflict-of-laws principles thereof directing the application of any Law other than the laws of the State of Georgia.  Except as otherwise expressly set forth in this Agreement or the Ancillary Agreements, the United States District Court for the Northern District of Georgia and the state courts of the State of Georgia situated within the County of Fulton in the State of Georgia shall have exclusive jurisdiction over all disputes between the parties hereto arising out of or relating to this Agreement and the agreements, instruments and documents contemplated hereby.  The parties hereby consent to and agree to submit to the exclusive jurisdiction of such courts.  Each of the parties hereto waives, and agrees not to assert in any such dispute, to the fullest extent permitted by applicable Law, any claim that (i) such party is not personally subject to the jurisdiction of such courts, (ii) such party and such party's property is immune from any legal process issued by such courts, or (iii) any litigation commenced in such courts is brought in an inconvenient forum.

Section 8.06    Waiver of Jury Trial.  Each party hereto hereby irrevocably waives all right to trial by jury in any proceeding (whether based on contract, tort or otherwise) arising out of or relating to this Agreement or any transaction or agreement contemplated hereby or the actions of any party hereto in the negotiation, administration, performance or enforcement hereof.

Section 8.07    Headings; Interpretation.  The descriptive headings contained in this Agreement are included for convenience of reference only and shall not affect in any way the meaning or interpretation of this Agreement.  The parties have participated jointly in the negotiation and drafting of this Agreement.  In the event an ambiguity or question of intent or interpretation arises, this Agreement shall be construed as if drafted jointly by the parties, and no presumption or burden of proof shall arise favoring or disfavoring any party by virtue of the authorship of any provisions of this Agreement.

Section 8.08    Counterparts.  This Agreement may be executed and delivered (including by facsimile transmission) in one or more counterparts, and by the different parties hereto in separate counterparts, each of which when executed and delivered shall be deemed to be an original but all of which taken together shall constitute one and the same agreement.

51

Section 8.09   Mediation.  In the event of any dispute or claim arising out of or relating to the interpretation of this Agreement, or breach hereof (a *"Dispute"*), each of the parties hereto subject to the Dispute shall in good faith first negotiate a written resolution of the Dispute within a period not to exceed fifteen (15) days from the date of written notice of the Dispute.  The negotiations shall be conducted by representatives of the subject parties who have authorization to resolve the Dispute.  In the event that the subject parties cannot negotiate a written resolution to the Dispute during this 15-day negotiation period, and still prior to filing any claims in a court of law, the subject parties shall then submit the Dispute to non-binding mediation.  The mediation may be initiated by the written request of any party subject to the Dispute, and shall commence within fifteen (15) days of the receipt of such notice and shall be conducted in Atlanta, Georgia, in accordance with the mediation procedures established by the mediator, unless otherwise agreed to by the subject parties.  The subject parties will attempt to each agree upon the selection of a mediator.  The mediation shall not exceed a period of thirty (30) days.  Each of the subject parties shall bear his or her own expenses in connection with such mediation, and the fees and expenses of the mediator shall be shared equally between the subject parties.  In the event that the subject parties do not resolve the Dispute as a result of such mediation or in the event that the Dispute is not resolved within sixty (60) days of the commencement of the Dispute, any party subject to the Dispute may seek to resolve the Dispute in a court of competent jurisdiction or seek other legal or equitable resolution in compliance with Sections 8.05 and 8.06.  Notwithstanding the foregoing, any party hereto may at any time apply to any court of competent jurisdiction for injunctive relief in the event of an alleged breach of this Agreement or otherwise to prevent irreparable harm, provided the party complies with Sections 8.05 and 8.06.

Section 8.10   Entire Agreement.  This Agreement, together with the Ancillary Agreements and the Confidentiality Agreement constitute the entire agreement among the parties with respect to the subject matter hereof and supersede all prior agreements and understandings among the parties with respect thereto.  No addition or modification of any provision of this Agreement shall be binding upon any party hereto unless made in writing and signed by all parties hereto.

**[Remainder of Page Intentionally Left Blank]**

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the date first written above by their respective officers thereunto duly authorized.

**PURCHASER:**

**THERAGENICS CORPORATION**

By: _____
    M. Christine Jacobs
    Chief Executive Officer

**SELLERS' REPRESENTATIVE:**

_____
James R. Eddings

**THE COMPANY (for purposes of the representations and warranties contained in Article III, V, VI, VIII):**

**GALT MEDICAL CORP.**

By: _____
    James R. Eddings
    President

**SELLERS:**

[Signature Pages Following]

**SELLERS:**

Lester V. Baum

Address: 8080 N. Central Expressway

Suite 1380

Dallas, Texas 75206

Attention:_____

Fax: (214) 373-8768_____

## SPOUSAL CONSENT

## CONSENT TO BE BOUND BY THE ABOVE AND FOREGOING AGREEMENT

The undersigned spouse of _____, a party to the foregoing Agreement, acknowledges on his or her own behalf that:

I have read the foregoing Stock Purchase Agreement and I know its contents. I am aware that by its provisions my husband or wife, _____, sells to Purchaser all of his or her right, title and interest in the Company Shares, including my community interest (if any) in it (the "Property"). I hereby consent to the sale, approve of the provisions of the Stock Purchase Agreement, and agree that such Property and my interest in it (if any) are subject to the provisions of the Stock Purchase Agreement and that I will take no action at any time to hinder operation of the Stock Purchase Agreement or such Property or my interest in it (if any).

Thus done and signed on the _____ day of _____, 2006.

_____

Signature Page to the Stock Purchase Agreement

**SELLERS:**

1993 Michael L. Baum Trust

By: _____

Name: Lester V. Baum

Title: Trustee

Address: _8080 N. Central Expressway_

_____Suite 1380_____

_____Dallas, Texas 75206___

Attention: _Lester V. Baum, Trustee_

Fax: (214) 373-8768_____

Signature Page to the Stock Purchase Agreement

SELLERS:

1993 Betsy E. Baum Trust

By: _____

Name: Lester V. Baum

Title: Trustee

Address: _8080 N. Central Expwy._
_Suite 1380_
_Dallas, TX 75006_

Attention: _Lester V. Baum_

Fax: (_214_) _373-8768_

Signature Page to the Stock Purchase Agreement

**SELLERS:**

*Wren Browning*
Wren Browning

Address: _6416 Dykes Way_
_Dallas Tx 75230_

Attention:_____
Fax: (972) 490-9724_____

## SPOUSAL CONSENT

### CONSENT TO BE BOUND BY THE ABOVE AND FOREGOING AGREEMENT

The undersigned spouse of _____, a party to the foregoing Agreement, acknowledges on his or her own behalf that:

I have read the foregoing Stock Purchase Agreement and I know its contents. I am aware that by its provisions my husband or wife, _____, sells to Purchaser all of his or her right, title and interest in the Company Shares, including my community interest (if any) in it (the "Property"). I hereby consent to the sale, approve of the provisions of the Stock Purchase Agreement, and agree that such Property and my interest in it (if any) are subject to the provisions of the Stock Purchase Agreement and that I will take no action at any time to hinder operation of the Stock Purchase Agreement or such Property or my interest in it (if any).

Thus done and signed on the _____ day of _____, 2006.

_____

Signature Page to the Stock Purchase Agreement

**SELLERS:**

_____
David Catlin

Address:_____
          _____
          _____
Attention:_____
Fax: (___)_____


## SPOUSAL CONSENT

## CONSENT TO BE BOUND BY THE ABOVE AND FOREGOING AGREEMENT

The undersigned spouse of _DAVID CATLIN_, a party to the foregoing Agreement, acknowledges on his or her own behalf that:

I have read the foregoing Stock Purchase Agreement and I know its contents. I am aware that by its provisions my husband or wife, _DAVID CATLIN_, sells to Purchaser all of his or her right, title and interest in the Company Shares, including my community interest (if any) in it (the "Property"). I hereby consent to the sale, approve of the provisions of the Stock Purchase Agreement, and agree that such Property and my interest in it (if any) are subject to the provisions of the Stock Purchase Agreement and that I will take no action at any time to hinder operation of the Stock Purchase Agreement or such Property or my interest in it (if any).

Thus done and signed on the _31_ day of _July_, 2006.

_____

Signature Page to the Stock Purchase Agreement

SELLERS:

_____

James R. Eddings

Address 6416 Dykes Way
Dallas TX 75230

Attention: _____

Fax: 972-271-4706

SPOUSAL CONSENT

CONSENT TO BE BOUND BY THE ABOVE AND FOREGOING AGREEMENT

The undersigned spouse of _____, a party to the foregoing Agreement, acknowledges on his or her own behalf that:

I have read the foregoing Stock Purchase Agreement and I know its contents. I am aware that by its provisions my husband or wife, _____, sells to Purchaser all of his or her right, title and interest in the Company Shares, including my community interest (if any) in it (the "Property"). I hereby consent to the sale, approve of the provisions of the Stock Purchase Agreement, and agree that such Property and my interest in it (if any) are subject to the provisions of the Stock Purchase Agreement and that I will take no action at any time to hinder operation of the Stock Purchase Agreement or such Property or my interest in it (if any).

Thus done and signed on the ____ day of _____, 2006.

_____

Signature Page to the Stock Purchase Agreement

**SELLERS:**

_Sondra G. Eddings_
Sondra G. Eddings

Address: 665 44th St.
Des Moines
Iowa 50312

Attention: _____

Fax: (___)_____


## SPOUSAL CONSENT

### CONSENT TO BE BOUND BY THE ABOVE AND FOREGOING AGREEMENT


The undersigned spouse of _____, a party to the foregoing Agreement, acknowledges on his or her own behalf that:

I have read the foregoing Stock Purchase Agreement and I know its contents. I am aware that by its provisions my husband or wife, _____, sells to Purchaser all of his or her right, title and interest in the Company Shares, including my community interest (if any) in it (the "Property"). I hereby consent to the sale, approve of the provisions of the Stock Purchase Agreement, and agree that such Property and my interest in it (if any) are subject to the provisions of the Stock Purchase Agreement and that I will take no action at any time to hinder operation of the Stock Purchase Agreement or such Property or my interest in it (if any).

Thus done and signed on the ____ day of _____, 2006.


_____


Signature Page to the Stock Purchase Agreement

**SELLERS:**

_Charles B. McFarland_
Charles B. McFarland

Address: 2219 Swift Blvd
Hou., TX 77030

Attention: _____
Fax: (713) 615-5508

## SPOUSAL CONSENT

### CONSENT TO BE BOUND BY THE ABOVE AND FOREGOING AGREEMENT

The undersigned spouse of _____, a party to the foregoing Agreement, acknowledges on his or her own behalf that:

I have read the foregoing Stock Purchase Agreement and I know its contents. I am aware that by its provisions my husband or wife, _____, sells to Purchaser all of his or her right, title and interest in the Company Shares, including my community interest (if any) in it (the "Property"). I hereby consent to the sale, approve of the provisions of the Stock Purchase Agreement, and agree that such Property and my interest in it (if any) are subject to the provisions of the Stock Purchase Agreement and that I will take no action at any time to hinder operation of the Stock Purchase Agreement or such Property or my interest in it (if any).

Thus done and signed on the ____ day of _____, 2006.

_____

Signature Page to the Stock Purchase Agreement

SELLERS:

_John H. McFarland_

John H. McFarland

Address: _2320 McClendon_
_Ho. Tx 77030_

Attention: _____
Fax: (713) 650 · 2400

SPOUSAL CONSENT

CONSENT TO BE BOUND BY THE ABOVE AND FOREGOING AGREEMENT

The undersigned spouse of _____, a party to the foregoing Agreement, acknowledges on his or her own behalf that:

I have read the foregoing Stock Purchase Agreement and I know its contents. I am aware that by its provisions my husband or wife, _____, sells to Purchaser all of his or her right, title and interest in the Company Shares, including my community interest (if any) in it (the "Property"). I hereby consent to the sale, approve of the provisions of the Stock Purchase Agreement, and agree that such Property and my interest in it (if any) are subject to the provisions of the Stock Purchase Agreement and that I will take no action at any time to hinder operation of the Stock Purchase Agreement or such Property or my interest in it (if any).

Thus done and signed on the ____ day of _____, 2006.

_____

Signature Page to the Stock Purchase Agreement

**SELLERS:**

_[signature]_

Van E. McFarland, III

Address: _1743 Hadley_
_Houston TX 3003_

Attention:_____
Fax: (____)_____


## SPOUSAL CONSENT

### CONSENT TO BE BOUND BY THE ABOVE AND FOREGOING AGREEMENT

The undersigned spouse of _____, a party to the foregoing Agreement, acknowledges on his or her own behalf that:

I have read the foregoing Stock Purchase Agreement and I know its contents. I am aware that by its provisions my husband or wife, _____ : ____, sells to Purchaser all of his or her right, title and interest in the Company Shares, including my community interest (if any) in it (the "Property"). I hereby consent to the sale, approve of the provisions of the Stock Purchase Agreement, and agree that such Property and my interest in it (if any) are subject to the provisions of the Stock Purchase Agreement and that I will take no action at any time to hinder operation of the Stock Purchase Agreement or such Property or my interest in it (if any).

Thus done and signed on the ____ day of _____, 2006.


_____

Signature Page to the Stock Purchase Agreement

**SELLERS:**

Kiam Interests, Ltd

By: _____

Name: James R. Eddings
Title: Managing General Partner

Address: 220 Merritt Drive
Garland, TX 75041

Attention: _____
Fax: (972)271.4706 _____

Signature Page to the Stock Purchase Agreement

**SELLERS:**

_Joseph D. Kunz_

Joseph D. Kunz

Address: _1604 PEARL St_
_Austin Tx 78701_

Attention:_____
Fax: (512) _708 9205_


## SPOUSAL CONSENT

### CONSENT TO BE BOUND BY THE ABOVE AND FOREGOING AGREEMENT

The undersigned spouse of _Not Applicable_, a party to the foregoing Agreement, acknowledges on his or her own behalf that:

I have read the foregoing Stock Purchase Agreement and I know its contents. I am aware that by its provisions my husband or wife, _____, sells to Purchaser all of his or her right, title and interest in the Company Shares, including my community interest (if any) in it (the "Property"). I hereby consent to the sale, approve of the provisions of the Stock Purchase Agreement, and agree that such Property and my interest in it (if any) are subject to the provisions of the Stock Purchase Agreement and that I will take no action at any time to hinder operation of the Stock Purchase Agreement or such Property or my interest in it (if any).

Thus done and signed on the _27_ day of _July_, 2006.

_Joseph D. Kunz_


Signature Page to the Stock Purchase Agreement

**SELLERS:**

*William E. Kunz*
William E. Kunz

Address: *5602 LAKEMOORE DR*
*AUSTIN TX*
*78731*

Attention: _____

Fax: (*512*) *345-3070*


## SPOUSAL CONSENT

### CONSENT TO BE BOUND BY THE ABOVE AND FOREGOING AGREEMENT

The undersigned spouse of _____, a party to the foregoing Agreement, acknowledges on his or her own behalf that:

I have read the foregoing Stock Purchase Agreement and I know its contents. I am aware that by its provisions my husband or wife, _____, sells to Purchaser all of his or her right, title and interest in the Company Shares, including my community interest (if any) in it (the "Property"). I hereby consent to the sale, approve of the provisions of the Stock Purchase Agreement, and agree that such Property and my interest in it (if any) are subject to the provisions of the Stock Purchase Agreement and that I will take no action at any time to hinder operation of the Stock Purchase Agreement or such Property or my interest in it (if any).

Thus done and signed on the ____ day of _____, 2006.

_____


Signature Page to the Stock Purchase Agreement

**SELLERS:**

_____
Glenn Leatherwood

Address: _2219 E. GrAuwyler_
_Suite 100_
_Irving, Tx 75061_
Attention: _____
Fax: _(972) 438 8709_


SPOUSAL CONSENT

CONSENT TO BE BOUND BY THE ABOVE AND FOREGOING AGREEMENT

The undersigned spouse of _Glenn Leatherwood_, a party to the foregoing Agreement, acknowledges on his or her own behalf that:

I have read the foregoing Stock Purchase Agreement and I know its contents. I am aware that by its provisions my husband or wife, _Glenn Leatherwood_, sells to Purchaser all of his or her right, title and interest in the Company Shares, including my community interest (if any) in it (the "Property"). I hereby consent to the sale, approve of the provisions of the Stock Purchase Agreement, and agree that such Property and my interest in it (if any) are subject to the provisions of the Stock Purchase Agreement and that I will take no action at any time to hinder operation of the Stock Purchase Agreement or such Property or my interest in it (if any).

Thus done and signed on the _28_ day of _July_, 2006.


_Annette Van Natta_
_____


Signature Page to the Stock Purchase Agreement

**SELLERS:**

_[signature]_
Abdon Martinez

Address: _905 Chevie Chease_
_Garland TX 75043_

Attention: _____
Fax: ( ) _____


## SPOUSAL CONSENT

## CONSENT TO BE BOUND BY THE ABOVE AND FOREGOING AGREEMENT

The undersigned spouse of _[signature]_, a party to the foregoing Agreement, acknowledges on his or her own behalf that:

I have read the foregoing Stock Purchase Agreement and I know its contents. I am aware that by its provisions my husband or wife, _[signature]_, sells to Purchaser all of his or her right, title and interest in the Company Shares, including my community interest (if any) in it (the "Property"). I hereby consent to the sale, approve of the provisions of the Stock Purchase Agreement, and agree that such Property and my interest in it (if any) are subject to the provisions of the Stock Purchase Agreement and that I will take no action at any time to hinder operation of the Stock Purchase Agreement or such Property or my interest in it (if any).

Thus done and signed on the ____ day of _____, 2006.


_Mary M. Martinez_


Signature Page to the Stock Purchase Agreement

**SELLERS:**

_Gene L. Jameson_ (signature)

Gene L. Jameson

Address: _17480 DALLAS Pkwy_
_SUITE 211_
_DALLAS, TEXAS 75287_
Attention: _____
Fax: (_972_) _732.8085_

## SPOUSAL CONSENT

### CONSENT TO BE BOUND BY THE ABOVE AND FOREGOING AGREEMENT

The undersigned spouse of _GENE L. JAMESON_, a party to the foregoing Agreement, acknowledges on his or her own behalf that:

I have read the foregoing Stock Purchase Agreement and I know its contents. I am aware that by its provisions my husband or wife, _GENE L. JAMESON_, sells to Purchaser all of his or her right, title and interest in the Company Shares, including my community interest (if any) in it (the "Property"). I hereby consent to the sale, approve of the provisions of the Stock Purchase Agreement, and agree that such Property and my interest in it (if any) are subject to the provisions of the Stock Purchase Agreement and that I will take no action at any time to hinder operation of the Stock Purchase Agreement or such Property or my interest in it (if any).

Thus done and signed on the _28th_ day of _July_, 2006.

_Lois M. Jameson_ (signature)

LOIS M. JAMESON

Signature Page to the Stock Purchase Agreement

**SELLERS:**

_____

Harold L. Smitson, M.D

Address:_____

_____

Attention:_____
Fax: (____)_____

## SPOUSAL CONSENT

### CONSENT TO BE BOUND BY THE ABOVE AND FOREGOING AGREEMENT

The undersigned spouse of _Harold L. Smitson MD_ a party to the foregoing Agreement, acknowledges on his or her own behalf that:

I have read the foregoing Stock Purchase Agreement and I know its contents. I am aware that by its provisions my husband or wife, _Harold L. Smitson_, sells to Purchaser all of his or her right, title and interest in the Company Shares, including my community interest (if any) in it (the "Property"). I hereby consent to the sale, approve of the provisions of the Stock Purchase Agreement, and agree that such Property and my interest in it (if any) are subject to the provisions of the Stock Purchase Agreement and that I will take no action at any time to hinder operation of the Stock Purchase Agreement or such Property or my interest in it (if any).

Thus done and signed on the _28_ day of _July_, 2006.

_____

Signature Page to the Stock Purchase Agreement

**SELLERS:**

William J. Usitalo

Address: 2540 Kingsgate Dr
Carrolton Tx 75006

Attention: Bill Usitalo
Fax: (972) 418-8291

## SPOUSAL CONSENT

### CONSENT TO BE BOUND BY THE ABOVE AND FOREGOING AGREEMENT

The undersigned spouse of _____, a party to the foregoing Agreement, acknowledges on his or her own behalf that:

I have read the foregoing Stock Purchase Agreement and I know its contents. I am aware that by its provisions my husband or wife, _____, sells to Purchaser all of his or her right, title and interest in the Company Shares, including my community interest (if any) in it (the "Property"). I hereby consent to the sale, approve of the provisions of the Stock Purchase Agreement, and agree that such Property and my interest in it (if any) are subject to the provisions of the Stock Purchase Agreement and that I will take no action at any time to hinder operation of the Stock Purchase Agreement or such Property or my interest in it (if any).

Thus done and signed on the ____ day of _____, 2006.

_____

Signature Page to the Stock Purchase Agreement

**SELLERS:**

*Jeannette Van Deventer, Trustee*
*West Texas Trading Co. Pension Plan*

Jeannette Van Deventer – Trustee
West Texas Trading Co. Pension Plan

Address: *6600 Candle Ridge Cove*
*Austin, Tx 78731*

Attention: _____
Fax: ( ) *upon request*


## SPOUSAL CONSENT

### CONSENT TO BE BOUND BY THE ABOVE AND FOREGOING AGREEMENT

The undersigned spouse of _____, a party to the foregoing Agreement, acknowledges on his or her own behalf that:

I have read the foregoing Stock Purchase Agreement and I know its contents. I am aware that by its provisions my husband or wife, _____, sells to Purchaser all of his or her right, title and interest in the Company Shares, including my community interest (if any) in it (the "Property"). I hereby consent to the sale, approve of the provisions of the Stock Purchase Agreement, and agree that such Property and my interest in it (if any) are subject to the provisions of the Stock Purchase Agreement and that I will take no action at any time to hinder operation of the Stock Purchase Agreement or such Property or my interest in it (if any).

Thus done and signed on the ____ day of _____, 2006.


_____


Signature Page to the Stock Purchase Agreement

**SELLERS:**

_Kirstin Sullivan_

Kirstin Sullivan

Address: 3329 CANTERBURY CT.

AMES, IOWA 50014

Attention: _____

Fax: (___) _____

SPOUSAL CONSENT

CONSENT TO BE BOUND BY THE ABOVE AND FOREGOING AGREEMENT

The undersigned spouse of KIRSTIN SULLIVAN , a party to the foregoing Agreement, acknowledges on his or her own behalf that:

I have read the foregoing Stock Purchase Agreement and I know its contents. I am aware that by its provisions my husband or wife, KIRSTIN SULLIVAN , sells to Purchaser all of his or her right, title and interest in the Company Shares, including my community interest (if any) in it (the "Property"). I hereby consent to the sale, approve of the provisions of the Stock Purchase Agreement, and agree that such Property and my interest in it (if any) are subject to the provisions of the Stock Purchase Agreement and that I will take no action at any time to hinder operation of the Stock Purchase Agreement or such Property or my interest in it (if any).

Thus done and signed on the 29 day of July , 2006.

_S. P. Sullivan_

Signature Page to the Stock Purchase Agreement

**SELLERS:**


_Amanda Eddings_
Amanda Eddings
Address: 3943 N. Hall St.
Dallas, TX 75219

Attention:_____
Fax: (___)_____


SPOUSAL CONSENT

CONSENT TO BE BOUND BY THE ABOVE AND FOREGOING AGREEMENT


The undersigned spouse of _____, a party to the foregoing Agreement, acknowledges on his or her own behalf that:

I have read the foregoing Stock Purchase Agreement and I know its contents. I am aware that by its provisions my husband or wife, _____, sells to Purchaser all of his or her right, title and interest in the Company Shares, including my community interest (if any) in it (the "Property"). I hereby consent to the sale, approve of the provisions of the Stock Purchase Agreement, and agree that such Property and my interest in it (if any) are subject to the provisions of the Stock Purchase Agreement and that I will take no action at any time to hinder operation of the Stock Purchase Agreement or such Property or my interest in it (if any).

Thus done and signed on the ____ day of _____, 2006.



_____


Signature Page to the Stock Purchase Agreement

**SELLERS:**

*Virginia E. Pace*

Virginia E. Pace

Address: _3534 Barclay Dr._
_Amarillo, TX_
_79109_

Attention: _Virginia E. Pace_

Fax: (___) _____

## SPOUSAL CONSENT

### CONSENT TO BE BOUND BY THE ABOVE AND FOREGOING AGREEMENT

The undersigned spouse of _Virginia E. Pace_, a party to the foregoing Agreement, acknowledges on his or her own behalf that:

I have read the foregoing Stock Purchase Agreement and I know its contents. I am aware that by its provisions my husband or wife, _Virginia E. Pace_, sells to Purchaser all of his or her right, title and interest in the Company Shares, including my community interest (if any) in it (the "Property"). I hereby consent to the sale, approve of the provisions of the Stock Purchase Agreement, and agree that such Property and my interest in it (if any) are subject to the provisions of the Stock Purchase Agreement and that I will take no action at any time to hinder operation of the Stock Purchase Agreement or such Property or my interest in it (if any).

Thus done and signed on the 28th day of _July_, 2006.

_[signature]_

Signature Page to the Stock Purchase Agreement

**SELLERS:**


_Angela A. Walter_
Angela A. Walters

Address: 9215 Dixie Meadow D.
Dallas TX 75243

Attention: _____
Fax: (04) 778-1433


### SPOUSAL CONSENT

### CONSENT TO BE BOUND BY THE ABOVE AND FOREGOING AGREEMENT


The undersigned spouse of _Angela A. Walters_, a party to the foregoing Agreement, acknowledges on his or her own behalf that:

I have read the foregoing Stock Purchase Agreement and I know its contents. I am aware that by its provisions my husband or wife, _Angela A. Walters_, sells to Purchaser all of his or her right, title and interest in the Company Shares, including my community interest (if any) in it (the "Property"). I hereby consent to the sale, approve of the provisions of the Stock Purchase Agreement, and agree that such Property and my interest in it (if any) are subject to the provisions of the Stock Purchase Agreement and that I will take no action at any time to hinder operation of the Stock Purchase Agreement or such Property or my interest in it (if any).

Thus done and signed on the 27th day of _July_, 2006.


_____


Signature Page to the Stock Purchase Agreement

**SELLERS:**

_(signature)_
Cirilo Rodriguez

Address: 412 martin ST
Athens Tx
75751
Attention: _____
Fax: (____) _____

## SPOUSAL CONSENT

### CONSENT TO BE BOUND BY THE ABOVE AND FOREGOING AGREEMENT

The undersigned spouse of ___Cirilo Rodriguez___, a party to the foregoing Agreement, acknowledges on his or her own behalf that:

I have read the foregoing Stock Purchase Agreement and I know its contents. I am aware that by its provisions my husband or wife, ___Cirilo Rodriguez___, sells to Purchaser all of his or her right, title and interest in the Company Shares, including my community interest (if any) in it (the "Property"). I hereby consent to the sale, approve of the provisions of the Stock Purchase Agreement, and agree that such Property and my interest in it (if any) are subject to the provisions of the Stock Purchase Agreement and that I will take no action at any time to hinder operation of the Stock Purchase Agreement or such Property or my interest in it (if any).

Thus done and signed on the _31_ day of _July_, 2006.

_(signature)_

Signature Page to the Stock Purchase Agreement

SELLERS:


_Samuel Austin_
Samuel L. Austin

Address: _10821 Fm 2709_
_Eustace, Tx 75124_

Attention: _____
Fax: ( ) _____


## SPOUSAL CONSENT

### CONSENT TO BE BOUND BY THE ABOVE AND FOREGOING AGREEMENT

The undersigned spouse of _Samuel L. Austin_, a party to the foregoing Agreement, acknowledges on his or her own behalf that:

I have read the foregoing Stock Purchase Agreement and I know its contents. I am aware that by its provisions my husband or wife, _Samuel L. Austin_, sells to Purchaser all of his or her right, title and interest in the Company Shares, including my community interest (if any) in it (the "Property"). I hereby consent to the sale, approve of the provisions of the Stock Purchase Agreement, and agree that such Property and my interest in it (if any) are subject to the provisions of the Stock Purchase Agreement and that I will take no action at any time to hinder operation of the Stock Purchase Agreement or such Property or my interest in it (if any).

Thus done and signed on the _31_ day of _July_, 2006.


_Desha A. Austin_


Signature Page to the Stock Purchase Agreement

**SELLERS:**


_(signature)_
_____
Michael G. Vaughn

Address: _2710 BranchOaks_
_Garland, Texas_
_75043_
Attention:_____
Fax: (___)_____


SPOUSAL CONSENT

CONSENT TO BE BOUND BY THE ABOVE AND FOREGOING AGREEMENT


The undersigned spouse of _____, a party to the foregoing Agreement, acknowledges on his or her own behalf that:

I have read the foregoing Stock Purchase Agreement and I know its contents. I am aware that by its provisions my husband or wife, _____, sells to Purchaser all of his or her right, title and interest in the Company Shares, including my community interest (if any) in it (the "Property"). I hereby consent to the sale, approve of the provisions of the Stock Purchase Agreement, and agree that such Property and my interest in it (if any) are subject to the provisions of the Stock Purchase Agreement and that I will take no action at any time to hinder operation of the Stock Purchase Agreement or such Property or my interest in it (if any).

Thus done and signed on the ____ day of _____, 2006.


_____


Signature Page to the Stock Purchase Agreement

**SELLERS:**


_Lauren Hart_
Lauren Hart

Address:_____

         _____

         _____

Attention:_____

Fax: (___)_____


SPOUSAL CONSENT

CONSENT TO BE BOUND BY THE ABOVE AND FOREGOING AGREEMENT


The undersigned spouse of _____, a party to the foregoing Agreement, acknowledges on his or her own behalf that:

I have read the foregoing Stock Purchase Agreement and I know its contents. I am aware that by its provisions my husband or wife, _____, sells to Purchaser all of his or her right, title and interest in the Company Shares, including my community interest (if any) in it (the "Property"). I hereby consent to the sale, approve of the provisions of the Stock Purchase Agreement, and agree that such Property and my interest in it (if any) are subject to the provisions of the Stock Purchase Agreement and that I will take no action at any time to hinder operation of the Stock Purchase Agreement or such Property or my interest in it (if any).

Thus done and signed on the ____ day of _____, 2006.


_____


Signature Page to the Stock Purchase Agreement

SCHEDULE 1

| Name of Shareholder | Address | Accredited/ Unaccredited | Number of Gall Shares Owned | Phantom Shares Issued | | Total Shares Owned | Percentage Ownership | Pro Rata Allocation of Purchase Price | Pro Rata Escrow Amount | Number of Theragenics Shares in Escrow | Cash in Escrow | Withholding | Total Cash due at Closing | method of payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lester V. Baum | | | | | | | | | | | | | | |
| Lester V. Baum, Trustee of 1993 Michael L. Baum Trust | | | | | | | | | | | | | | |
| Lester V. Baum, Trustee of 1993 Betsy E. Baum Trust | | | | | | | | | | | | | | |
| Wren Browning | | | | | | | | | | | | | | |
| David G. Catlin | | | | | | | | | | | | | | |
| James R. Eddings | | | | | | | | | | | | | | |
| Sandra G. Eddings | | | | | | | | | | | | | | |
| Charles B. McFarland | | | | | | | | | | | | | | |
| John H. McFarland | | | | | | | | | | | | | | |
| Van E. McFarland, III | | | | | | | | | | | | | | |
| Klam Interests, Ltd. | | | | | | | | | | | | | | |
| Joseph Kunz | | | | | | | | | | | | | | |
| William E. Kunz | | | | | | | | | | | | | | |
| Glenn Leatherwood | | | | | | | | | | | | | | |
| Abdon Martinez | | | | | | | | | | | | | | |
| Gene L. Jameson | | | | | | | | | | | | | | |
| Harold L. Smitson, M.D. | | | | | | | | | | | | | | |
| William J. Uglialo Jeannette Van Devender, Trustee West Texas Trading Co. Pension Plan | | | | | | | | | | | | | | |
| Kirstin Sullivan | | | | | | | | | | | | | | |
| Amanda Eddings | | | | | | | | | | | | | | |
| Virginia Pace | | | | | | | | | | | | | | |
| Angela W. Walters | | | | | | | | | | | | | | |
| Cirilo Rodriquez | | | | | | | | | | | | | | |
| Samont L. Austin | | | | | | | | | | | | | | |
| Michael G. Vaughn | | | | | | | | | | | | | | |
| Lauren Hart | | | | | | | | | | | | | | |
| Total | | | 3,293,393 | 295,000 | | 100% 3,588,393 | 100.0000% | 34,000,000.00 | 3,400,000.00 | 978,065 | 214,442.79 | 703,286.92 | 29,896,713.08 | |
| | | | | | | 9.474993402 | 10% | 3,185,557.21 | 214,442.79 | | | | 3,400,000.00 | |
| | | | | | | | | | | | | | (703,286.92) | |
| | | | | | | | | | | | | Net | 2,696,713.08 | |