UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Tim Duvall

          Plaintiff(s),

v.

Galt Medical Corp., et al.

          Defendant(s).

_____/

Case No. C 07-03714 JCS

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.


Dated: November 9, 2007

                                                                                                                                *[signature]*
                                                    [Party]
                                                    Francis J. Tarallo
                                                    Theragenics Corporation

Dated: November 9, 2007

                                                    /s/ Craig A. Pinedo
                                                   [Counsel]
                                                   Craig A. Pinedo

American LegalNet, Inc.
www.USCourtForms.com