UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Tim Duvall                                              CASE NO. C 07-03714 JCS
                    Plaintiff(s),

         v.                                             STIPULATION AND [PROPOSED]
                                                        ORDER SELECTING ADR PROCESS
Galt Medical Corp., et al.
                    Defendant(s).
_____/

     Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐   Non-binding Arbitration (ADR L.R. 4)
☐   Early Neutral Evaluation (ENE)  (ADR L.R. 5)
☐   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☒   Private ADR (*please identify process and provider*)   Mediation (provider still to be determined)

The parties agree to hold the ADR session by:
☐   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
☒   other requested deadline   90 days from the date of the order on Defendants' pending motion to dismiss

Dated: November 9, 2007            /s/ Phil Horowitz
                                               Attorney for Plaintiff
                                               Tim Duvall

Dated: November 9, 2007            /s/ Craig A. Pinedo
                                               Attorney for Defendant
                                               Galt Medical Corp., et al.

American LegalNet, Inc.
www.USCourtForms.com

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
☐ Non-binding Arbitration
☐ Early Neutral Evaluation (ENE)
☐ Mediation
☐ Private ADR

Deadline for ADR session
☐ 90 days from the date of this order.
☐ other _____

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES MAGISTRATE
JUDGE
JOSEPH C. SPERO

American LegalNet, Inc.
www.USCourtForms.com