UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Tim Duvall

              Plaintiff(s),

    v.

Galt Medical Corp., et al.
              Defendant(s).
                                     /

CASE NO. C 07-03714 JCS

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
  ☐  Non-binding Arbitration (ADR L.R. 4)
  ☐  Early Neutral Evaluation (ENE)  (ADR L.R. 5)
  ☐  Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
  ☒  Private ADR (*please identify process and provider*)  Mediation (provider still to be determined)

The parties agree to hold the ADR session by:
  ☐  the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
  ☒  other requested deadline  90 days from the date of the order on Defendants' pending motion to dismiss

Dated: November 9, 2007                          /s/ Phil Horowitz
                                                                     Attorney for Plaintiff
                                                                       Tim Duvall

Dated: November 9, 2007                          /s/ Craig A. Pinedo
                                                                       Attorney for Defendant
                                                                       Galt Medical Corp., et al.

American LegalNet, Inc.
www.USCourtForms.com

**[~~PROPOSED~~] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    ☐    Non-binding Arbitration
    ☐    Early Neutral Evaluation (ENE)
    ☐    Mediation
    ☒    Private ADR

    Deadline for ADR session
    ☐    90 days from the date of this order.
    ☒    other  90 days from the date of the Order on Dfts' Pending Motion to Dismiss.

IT IS SO ORDERED.

Dated: 11/13/7

UNITED STATES MAGISTRATE JUDGE
JOSEPH C. SPERO

*Judge Joseph C. Spero*

American LegalNet, Inc.
www.USCourtForms.com