IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM DUVALL,<br><br>    Plaintiff,<br><br>  v.<br><br>GALT MEDICAL CORP.,<br><br>    Defendant. | No. C07-03714 JCS<br><br>**CLERKS NOTICE VACATING HEARING DATE AND RESETTING TIME FOR CASE MANAGEMENT CONFERENCE** |

YOU ARE HEREBY NOTIFIED that pursuant to Civil Local Rule 7-1(b), the Court finds that Defendants' Motion to Dismiss, currently set for hearing on November 30, 2007, at 9:30 a.m., is appropriate for decision without oral argument. The motion will be taken under submission and decided on the papers. Accordingly, the hearing date is hereby VACATED.

YOU ARE HEREBY FURTHER NOTIFIED that the Initial Case Management Conference, currently set for November 30, 2007, at 9:30 a.m., has been continued **TO THE SAME DAY AT 1:30 p.m.** All counsel shall report to 450 Golden Gate Avenue, Courtroom A, 15th Floor, San Francisco, California.

Dated: November 27, 2007

_Karen L. Hom_
Karen L. Hom
Courtroom Deputy