

Hallett & Perrin, P.C.
Attorneys and Counselors

2001 Bryan Street
Suite 3900
Dallas, Texas 75201
(214) 953-0053
(214) 922-4142 Fax
www.hallettperrin.com

Direct Dial Number

(214) 922-4132
Direct Fax (214) 922-4141
eperrin@hallettperrin.com

November 28, 2007

*Via Electronic Filing*
The Honorable Joseph C. Spero
Courtroom A
15th Floor
450 Golden Gate Avenue
San Francisco, California 94102

Re:  **Request to Appear by Telephone for Case Management Conference Scheduled for 1 p.m. on November 30, 2007**
In Cause No. C-07-3714 JCS, styled *Tim Duvall v. Galt Medical Corp., et al* In the United States District Court, Northern District of California

Dear Judge Spero:

Pursuant to Craig Pinedo's conversation with your office today, as counsel for Defendants Galt Medical Corp., Jim Eddings and TheragenicsCorporation, **I would like to request the Court permit me to appear by telephone for the Case Management Conference this Friday at 1 p.m.**

The Court had previously scheduled two matters for Friday, November 30th – the Case Management Conference at 9:30 a.m. and the hearing on Defendants' Motion to Dismiss at 1 p.m. However, yesterday morning we were first advised by the Court that the Motion to Dismiss would be taken under submission and decided on the papers, the hearing notice for that Motion vacated, and the Case Management Conference reset at 1 p.m. the same day. Yesterday afternoon we also received the Court's Order on our Motion to Dismiss.

As counsel for the Defendants, I had intended to attend in person to handle the oral argument at the hearing on the Motion to Dismiss, as well as attend the Case Management Conference. **In light of the Court vacating the motion hearing yesterday, and the fact that the Court's Order was issued yesterday afternoon, together with discussions with Plaintiff's counsel having resolved practically all of the scheduling differences between the parties set forth in the Joint Case Management Statement filed with the Court, I respectfully request that I be permitted to attend Friday's Case Management Conference by telephone.** It is also my understanding that Defendants' local counsel, Mr. Craig Pinedo, may attend the conference in person. I have conferred with Plaintiff's counsel, Mr. Horowitz, and he is not opposed to this request.

     If permitted to attend by phone, **I can be reached at (214) 922-4132** for the Case Management Conference at 1 p.m. (or as soon thereafter as the Court calls our case).  I appreciate the Court's consideration of this request, and if you have any questions, please do not hesitate to contact me.

                                                                   Yours truly,

                                                                   Edward P. Perrin, Jr.

cc:    Mr. Phil Horowitz, Counsel for Plaintiff (via email)
        Mr. Craig A. Pinedo (via email)

EPP/jnn
Enclosures

36196.3 - #279956

Dated:  November 28, 2007



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA