# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.  C07-3714 JCS**

**CASE NAME: TIM DUVALL v. GALT MEDICAL CORP., ET AL.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: Nov. 30, 2007   **TIME: 12 mins** | **COURT REPORTER: Not Recorded** |
| **COUNSEL FOR PLAINTIFF:**<br>Phil Horowitz | **COUNSEL FOR DEFENDANT:**<br>Edward Perrin, Jr. *(T)<br>Craig Pinedo |

| PROCEEDINGS: | RULING: |
|---|---|
| 1. Case Management Conference | Held. |

**ORDERED AFTER HEARING:**

Case referred to private mediation, to occur by the end of 1/31/8.  By 12/7/7, the parties shall submit a letter to the Court with the name of the mediator and mediation date.

Any person wishing to appear telephonically at the next case management conference shall submit a letter one week prior to the hearing date.

An updated joint case management conference statement shall be due by 2/22/08.

**ORDER TO BE PREPARED BY:**       () Plaintiff     () Defendant      (X) Court

**CASE CONTINUED TO:**   02/29/08 at 1:30 p.m., for a further case mgmt conference.

| | |
|---|---|
| Number of Depos: 3 before the mediation | Discovery Cutoff: 03/30/08 |
| Expert Disclosure: 05/09/08 (party with burden) | Expert Rebuttal: 04/30/08 |
| Expert Discovery Cutoff: 05/30/08 | |
| Motions Hearing: 05/09/08 at 9:30 a.m. | Pretrial Conference: 07/25/08 at 1:30 p.m. |

**Trial Date: 08/04/08 at 8:30 a.m.  (X)Jury     ()Court    Set for 4 days**

cc:       Chambers; Karen
* (T) = Telephonic Appearance