**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM DUVALL,<br><br>        Plaintiff(s),<br><br>v.<br><br>GALT MEDICAL CORP.,<br><br>        Defendant(s). | Case No. 07-03714 JCS<br><br>**ORDER EXTENDING TIME TO COMPLETE PRIVATE MEDIATION AND CONTINUING FURTHER CASE MANAGEMENT CONFERENCE [Docket No. 35]** |

On December 7, 2007, Plaintiff filed a letter requesting an extension of time to conduct the mediation.

IT IS HEREBY ORDERED that the request is GRANTED. The private mediation shall be completed by March 3, 2008.

IT IS HEREBY FURTHER ORDERED that the case management conference, currently set for February 29, 2008 at 1:30 p.m., has been continued to **March 7, 2008, at 1:30 p.m.** An updated joint case management conference statement shall be due by **March 5, 2008.**

Dated: December 10, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge