IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM DUVALL,<br><br>    Plaintiff,<br><br>v.<br><br>GALT MEDICAL CORP., THERAGENICS CORPORATION, JIM EDDINGS, and DOES 1-99, inclusive,<br><br>    Defendants. | Case No. 07-3714<br><br>**CERTIFICATE OF ACKNOWLEDGMENT** |

I hereby declare that I have been provided with a copy of and have read the CONFIDENTIALITY AGREEMENT AND STIPULATION executed in regard to the above-entitled and numbered cause. I hereby agree to abide by the terms of such CONFIDENTIALITY AGREEMENT AND STIPULATION and not to reveal or otherwise communicate to anyone or use any of the information designated as being or containing "Confidential Material" (as that term is defined in such CONFIDENTIALITY AGREEMENT AND STIPULATION) that is disclosed to me, except in accordance with the terms of the CONFIDENTIALITY AGREEMENT AND STIPULATION. I further acknowledge and agree that any violation by me of the CONFIDENTIALITY AGREEMENT AND STIPULATION may be punishable by contempt of court or result in civil liability, or both.

DATED: _____

_____
Signature of Declarant

_____
Address of Declarant

_____
Printed Name of Declarant

_____
City, State and Zip code

_____
Telephone Number