# H P

Hallett & Perrin, P.C.
Attorneys and Counselors

2001 Bryan Street
Suite 3900
Dallas, Texas 75201
(214) 953-0053
(214) 922-4142 Fax
www.hallettperrin.com

Direct Dial Number

(214) 922-4132
Direct Fax (214) 922-4141
eperrin@hallettperrin.com

February 27, 2008

***Via Electronic Filing***
The Honorable Joseph C. Spero
Courtroom A
15th Floor
450 Golden Gate Avenue
San Francisco, California 94102

Re: **Request to Appear by Telephone for Case Management Conference Scheduled for 1:30 p.m. on March 7, 2008**
In Cause No. C-07-3714 JCS, styled *Tim Duvall v. Galt Medical Corp., et al* In the United States District Court, Northern District of California

Dear Judge Spero:

As counsel for Defendants Galt Medical Corp., Jim Eddings and TheragenicsCorporation, **I would like to request the Court permit me to appear by telephone for the Case Management Conference scheduled for Friday, March 7th, at 1:30 p.m.**

I am counsel of record in an American Arbitration Association proceeding in which the hearing/trial will start Sunday (yes, Sunday) March 9, 2008, continuing through Friday, March 14, 2008. The hearing will take place in Dallas and unfortunately require my presence in Dallas for pre-trial matters on March 7th.

The case pending before you is being mediated on Monday, March 3rd, and hopefully will result in an amicable resolution. However, if it is necessary to move forward with this Case Management Conference, **I respectfully request that I be permitted to attend by telephone.** I have conferred with Plaintiff's counsel, Mr. Horowitz, and he is not opposed to this request.

If permitted to attend the Case Management Conference by phone, **I can be reached at (214) 922-4132** at 1:30 p.m. (or as soon thereafter as the Court calls our case). I

appreciate the Court's consideration of this request, and if you have any questions, please do not hesitate to contact me.

Yours truly,

Edward P. Perrin, Jr.

cc:  Mr. Phil Horowitz, Counsel for Plaintiff (via email)
     Mr. Craig A. Pinedo (via email)
     Mr. Timothy A. Alford

EPP/jnn
Enclosures

36196.3 - #279956

Dated: Feb. 29, 2008



IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA