1  Phil Horowitz (State Bar #111624)
   Law Offices of Phil Horowitz
2  One Market Plaza
   Steuart Tower, Suite 2630
3  San Francisco, California 94105
   Telephone:  (415) 391-0111
4  Facsimile:  (415) 391-0123
   E-mail:  phil@creative.net
5
   Attorneys for Plaintiff
6  Tim Duvall

7               UNITED STATES DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

9

10 TIM DUVALL,                     )   Case No.  C07-03714 JCS
                                   )
11         Plaintiff,              )   JOINT CASE MANAGEMENT
                                   )   CONFERENCE STATEMENT
12     v.                          )
                                   )
13 GALT MEDICAL CORP.,             )   DATE:  March 7, 2008
   THERAGENICS CORPORATION,        )   TIME:  1:30 p.m.
14 JIM EDDINGS, and                )   DEPT:  A (15th Floor)
   DOES 1 through 99, inclusive,   )
15                                 )
           Defendants.             )
16 _____ )

17      The mediation that was conducted in this case on March 3, 2008 was

18 successful.  The parties respectfully request that they be allowed until June 11,

19 2008 to take the steps necessary so that a stipulation of dismissal can be filed.

20 Dated:  March 5, 2008              LAW OFFICES OF PHIL HOROWITZ

21

22                                by  _____
                                      Phil Horowitz
23                                    Attorneys for Plaintiff
                                      Tim Duvall
24
   Dated:  March 5, 2008              HALLERT & PERRIN, P.C.
25

26                                by  _____
                                      Edward P. Perrin, Jr.
27                                    Attorneys for Defendants
                                      Galt Medical Corp., Theragenics
28                                    Corporation and Jim Eddings