UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIM DUVALL,                                          No. C 07-03714 (JCS)

        Plaintiff(s),
                                                     CLERK'S NOTICE
  v.

GALT MEDICAL CORP., ET AL.,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the further case management conference before Magistrate Judge Spero previously noticed for March 7, 2008, at 1:30 p.m., has been reset to **June 13, 2008, at 1:30 p.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.. Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: March 6, 2008

                                      FOR THE COURT,
                                      Richard W. Wieking, Clerk

                               by: _____
                                      Karen L. Hom
                                      Courtroom Deputy