Phil Horowitz (State Bar #111624)
Law Offices of Phil Horowitz
One Market Plaza
Steuart Tower, Suite 2630
San Francisco, California 94105
Telephone: (415) 391-0111
Facsimile: (415) 391-0123
E-mail: phil@creative.net

Attorneys for Plaintiff
Tim Duvall

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM DUVALL,<br><br>                    Plaintiff,<br><br>          v.<br><br>GALT MEDICAL CORP.,<br>THERAGENICS CORPORATION,<br>JIM EDDINGS, and<br>DOES 1 through 99, inclusive,<br><br>                    Defendants. | Case No.  C07-03714 JCS<br><br><br><br>STIPULATION OF DISMISSAL |

IT IS HEREBY STIPULATED by and between the parties to this action through their counsel of record that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: 5/27/08

LAW OFFICES OF PHIL HOROWITZ

by _____

Phil Horowitz
Attorneys for Plaintiff
Tim Duvall

Dated: 5/21/0c

HALLETT & PERRIN, P.C.

by _____

Edward P. Perrin, Jr,
Attorneys for Defendants
Galt Medical Corp., Theragenics
Corporation and Jim Eddings

Dated: May 28, 2008

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-7-